# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. No. 1-19-cr-17-RJC |
|   Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JOSEPH F. WISEMAN, JR. | ) | |
|   Defendant. | ) | |
| _____ | ) | |

## MOTION TO SEAL SEPARATELY FILED JOINT MOTION
## TO CONTINUE SENTENCING HEARING AND MEMORANDUM
## IN SUPPORT (FILED UNDER SEAL)

NOW COMES Defendant, Joseph F. Wiseman, Jr., by and through his undersigned counsel, and hereby moves, pursuant to Local Criminal Rule 491.1(a), (d) and Local Civil Rule 6.1(c), to seal a separately filed motion to continue the sentencing in this case. The United States, through AUSA Richard Edwards, joins in this Motion to Seal and in the separately filed Motion to Continue.

Granting this motion is in the best interest of the United States and will result in a more efficient and just resolution of this case. Additionally, granting this motion will serve judicial economy.

This motion is submitted for valid and appropriate cause, not for the purpose of unnecessarily delaying the proposed sentencing hearing. In further support of this motion, Defendant has submitted a memorandum, in accordance with LCvR 6.1(c)(4), under seal.

Respectfully submitted, this 23rd day of July, 2019.

DABROWNLAW LLC
/s/ David A. Brown, Sr.
David A. Brown, Sr.
NC Bar No. 48997
360 Rosemore Place
Rock Hill, SC 29732
dabrownsr79@gmal.com
(704) 654-9418

PIERSON LAW, LLC
/s/ Holly A. Pierson
Holly A. Pierson
Georgia Bar No. 579655
3127 Maple Drive, NE
Atlanta, GA 30305
hpierson@piersonlawllc.com
(404) 353-2316

## CERTIFICATE OF SERVICE

This is to certify that I have filed the foregoing Motion to Seal Motion to Continue Sentencing Hearing, this day through the federal electronic filing system which will send notification to opposing counsel and counsel for co-defendants.

This the 23d of July 2019.

DABROWNLAW, LLC

/s/ David A. Brown
David A. Brown
N.C. Bar No. 48997