IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CR 17

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSEPH F. WISEMAN, JR. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on Defendant's "Motion to Seal Separately Filed Joint Motion to Continue Sentencing Hearing and Memorandum in Support" (Doc. 22) ("Motion to Seal"), which requests that the Court seal the Joint Sealed Motion to Continue Sentencing (Doc. 24) ("Motion to Continue Sentencing").[1]

The Court has considered the Motion to Seal, the public's interest in access to the Motion to Continue Sentencing, and alternatives to sealing. The Court determines that sealing is necessary in this case, and that less restrictive means of handling the information are not sufficient. The sealing ordered herein shall be permanent, subject to further Order of the Court.

---

[1] Defendant's "Memorandum in Support of Joint Motion to Seal Motion to Continue Sentencing Hearing" (Doc. 23) has been filed under seal as provided by Local Civil Rule 6.1 and Local Criminal Rule 49.1.1.

**IT IS THEREFORE ORDERED THAT:**

1. The "Motion to Seal Separately Filed Joint Motion to Continue Sentencing Hearing and Memorandum in Support" (Doc. 22) is **GRANTED**.

2. The Joint Sealed Motion to Continue Sentencing (Doc. 24) shall be **SEALED** and remain sealed until further Order of the Court.

Signed: July 29, 2019

W. Carleton Metcalf
United States Magistrate Judge