August 19, 2019

Honorable Robert Conrad
United States District Court
401 West Trade Street, Room 210
Charlotte, NC 282802

      Re: Joseph F. Wiseman, Jr.

Your Honor,

I am writing in support of my husband of almost 30 years, Joseph Francis Wiseman, Jr. We met in August of 1988. It was the relationship that was never supposed to happen or, if it did, it was not supposed to last. Joe grew up in New Jersey and went to undergrad at Drexel University in Philadelphia - the same place where his dad received his engineering degree. Upon graduation, he moved to Chapel Hill, NC to get his master's in Environmental Engineering. He got his first job at Camp, Dresser and McKee in Raleigh, but he soon realized that having an MBA would make him more valuable at work. So, back to UNC he went to get his MBA, working full time and studying for his MBA at night.

I, on the other hand, am a native North Carolinian. I grew up in Cabarrus County and received my associate degree in Dental Hygiene from Central Community College. Never once in my life did I aspire to marry someone from New Jersey, but as I told my mother, Joe was different. From day one, he was kind, funny, respectful and quiet – he let me do most of the talking. For someone like me that has the gift of gab, we made the perfect couple. We had a long-distance relationship until we married on May 5, 1990. Joe was 29, and I was 27 years old.

Married life was everything I dreamt it would be, and more. I was living my dream of being married to my best friend. We settled into married life in our tiny one-bedroom apartment in Raleigh. We were ready to settle down and start a family. Our prayers were answered on September 21, 1993 when we welcomed our first son, Joseph. Two and a half years later, Joseph became a big brother to Patrick.

Life was wonderful for our family. Our house was filed with sports balls, Legos, firetrucks, and dinosaurs. I worked two days a week as a dental hygienist while Joe's career was blossoming at CDM. It was a very simple time in our lives. We didn't have all the extras that many of our friends had, but for us, me staying at home with the children was more important than having a larger bank account. Joe felt completely satisfied with our family of four, but in my mind, I did not have a peace about our family being complete. For years I pushed for another baby, but Joe was more cautious about it. One day our Pastor's wife suggest that I pray for God to either change my heart or Joe's heart about that third child. Thankfully, God changed Joe's heart, and three months later, we excitedly announced that we would be welcoming our third child into our family. Caroline was born in September 2001. We immediately knew after she was born that, at last, our family was complete.

Our family is very close, and we did as much together as we possibly could. As the boys grew and got more involved in sports, we always went to their practices and games. If only one child had a game or practice, then the rest of the family would go. We only divided and conquered when necessary. I would sit in the bleachers with Caroline and read, teach her math, color and make macramé potholders for the other moms on the team. Caroline grew up thinking that all families loaded up their minivans each afternoon to hang out at the baseball field with their families. She never complained - she was her brothers' biggest cheerleader. If she fell asleep in the bleachers, one of her brothers would carry her back to the car and buckle her up. It was a known around the baseball complexes that Joe Wiseman would show up with his video camera and step ladder to not only videotape his sons, but the entire games. He would go home and immediately download the tapes to share with the other parents, so they could re-live their son's homerun, double play, or that final strikeout. To this day, families still thank him for capturing all those special moments that all too soon have become a faint memory. Recently, a father of one of Patrick's high school teammates ran into me at Publix and specifically asked me to thank Joe for videotaping all the high school baseball games – especially the 2013 5A State Championship game. What a treasured memory that all can go back and re-live, especially now that all the players have graduated from college and most no longer play.

Joe was blessed to take his sons to play at Cooperstown Dream Park 5 times between the two of them. We built a batting cage in an unfinished part of our basement. Nightly, Joe would tee up buckets of balls for the boys to hit. The one and only time he decided to try something different and take the boys to the YMCA to hit, Joseph accidentally broke Joe's nose, causing an unforeseen surgery. Although it was traumatizing to say the least, Joe never let that stop nor slow him down.

Once our sons were in high school, it was becoming evident that Joseph and Patrick had the skill to play baseball at the next level. Many smaller colleges and some Ivy League schools were interested in Joseph, but in the end, he decided to be a preferred walk on for Georgia Tech. He liked the idea of getting a stellar education and being close enough to home that his family could continue to come watch and support him. Patrick, for his part, was contacted by every D1 ACC and many SEC schools, but due to his close relationship with his brother, sister and parents, he also chose Georgia Tech. We were truly living a dream – both sons playing on the same college team only 45 minutes from our house. Because we were so close by, we drove down for practices, scrimmages, games and, of course, for those times where we just wanted a "fix" of our children. Now Joseph wears his ACC baseball championship ring from 2013, and Patrick has his 2013 5A State Championship baseball ring. Joe and I are so proud to have raised such talented and well-rounded young men.

Caroline has always been every parent's dream. Even from preschool, she was that silent leader in school. She received the coveted Principal's Award every single year in elementary school. This award is given to only one girl and one boy from each class. Early on in life, it didn't appear that sports had caught her eye, except to be the most enthusiastic baseball fan of her brothers. No one can call a strike like her! Once she hit middle school, though, she decided to give playing volleyball a try – her brothers told

her that all the good and smart girls play volleyball. And it didn't hurt that she towered over all her friends in middle school!

Not to be outshone by her brothers' baseball achievements, Caroline's team won the 6A State Volleyball Championship in 2018, and Caroline now adds that championship ring to the family collection. You better believe that Joe supported Caroline all the way and, of course, proudly captured all these championship games/matches on video.

Upon entering high school, she made the varsity volleyball team at Pope High School as a freshman and yes, we have videos of all her matches, too. Academics, however, continued to be Caroline's primary interest. She has gone onto serving as the President of the National Honor Society, Board Member of Student Government, Board Member of Fellow Christian Athletes, member of the Math Honor Society, the Drama Club, the Foreign Language Club, and the Spanish Honor Society. This Fall she will apply to colleges, including Georgia Tech, University of Georgia and Clemson. As a deeply faithful girl, she trusts that the Lord will place her at the school where He needs her most.

Judge Conrad, I have told you the story of our loving family because I want you to have the full picture of who Joe really is and how much we love him and need him. I know that Joe has made some bad choices that have shocked and humiliated us all, but we will not allow this extremely challenging public spectacle to destroy our family. Through everything - even through this – our family desperately loves and supports each other- always. Joe is such an important, central part of our tight-knit family, and we cling to Joe's love and loyalty to all of us.

Anyone can say they are sorry, but Joe has shown us all how truly and deeply sorry he really is. I have personally witnessed the pain, regret, and humiliation that my husband carries around with him now, and it is heartbreaking. He has sought our forgiveness, and we have forgiven him. He is a man who deserves and has earned our forgiveness, our support, and our love. I know there will be a time when this nightmare is behind us and we start to rebuild, but none of us will ever fully be able to erase the deep scar that this situation and these choices will permanently leave on Joe and on our family. We will survive and find a way for this to bring our family even closer – but nothing can change the fact that we will all have to live with the damage that this has done for the rest of our lives.

And although I know that Joe's bad decisions will have consequences, I am devastated by the idea of him being separated from our family. The idea that he will miss Caroline's senior year in high school and going off to college, that he could miss Patrick's wedding or even possibly the birth of his first grandchild, not to mention missing these treasured years with his 85-year-old mother and mother-in-law – it is devastating and absolutely breaks all of our hearts. We are all simply heartbroken.

And given all of Joe's serious health issues (serious side effects from his diabetes, numerous skin cancers), I cannot help but be all but frantic about what fate might befall him if and when he is incarcerated. I hope and pray that Joe, and all of us, will find a way to come through this experience intact and stronger for it. I know that this is in the Lord's hands. But we are anxious and frightened for Joe.

My prayer, Judge Conrad, is that before you make your final decision on my husband's future, you carefully consider how completely inconsistent this mistake that Joe has made is with his unbroken history as a loving, devoted family man who has always tried his very best to put his family and faith first. He has at times fallen short, as we all have. But the times he has succeeded so far outnumber and outweigh his failures.

Thank you for taking the time to read my letter, and I pray that you, Judge Conrad, are filled with Godly wisdom.

Respectfully,

*Christie Wiseman*

Christie Wiseman