August 20, 2019

Honorable Judge Conrad
United States District Court
401 West Trade Street, Room 210
Charlotte, NC 28202

Judge Conrad,

    I am writing in support of my father, Joe Wiseman. I am the second of three Wiseman kids, and I want to try to help you understand who our dad has always been and is to us.

    Growing up, my dad always put our family first. He never missed a sporting event, school event, or any other activity that he knew was important to us. Even better, he was always there video taping the action so we could go back and re-live the moments long after the game was over and we were home. Each year around Christmas time, we still go back and watch old videos dating back to our church league basketball games when were in elementary school. Because he was always there for the moments that were important to our family, we get to relive those memories today.

    Dad was always willing to work with us on sports –baseball, basketball, whatever we wanted -- spending countless hours in the driveway to work on jump shots or in the basement throwing to us in the batting cage. He even had to go through a painful surgery to repair a broken nose because of a ball that hit off the pole in a batting cage that came back to hit him square in the face. While any reasonable parent might call it quits after that, my dad did not. Instead, he started wearing a football helmet when pitching baseballs to my brother and me so we could continue to work hard at the game we loved.

    Now that I have finished my baseball career and have started to coach myself, one of the things I appreciate most about Dad was that he always stayed out of the way of the coaches and let them coach us, but always offered to help us when we wanted to so we didn't burn out at a young age. The amount of time and hours he put in to help us reach out goals is something for which I am so grateful and something that I will never be able to pay back.

    My parents taught us from a young age that going to church on Sundays was an important part of life. We were not forced us to go whether we liked it or not, but rather it was something we did as a family because of the way they instilled God into our household from the outset.

    From a young age, Dad took my brother and me to BSF every Monday night. Because he took us to BSF with him, I was able to get my first taste of a small group setting and went on to be an active member in my collegiate athlete small group and had the opportunity to lead the sermon multiple weeks. It was very important to him that our whole family honored God daily in our actions and words. He continuously talked

1

about how important it is to tithe to the church to build God's kingdom, so we can provide opportunities for people in other parts of the world to come to know Jesus Christ.

When I started work a little over a year ago, it did not cross my mind that I would not tithe to the church. Because he set the precedent in our house from the very beginning, tithing is something that is natural to our family and to me. From an early age, my father also taught us to be conservative with our money, to put money aside each month into savings and 401k, and to only spend our money on necessities as opposed to luxuries. Without this training and his regular advice, I would not even have considered putting money into retirement at this age.

Recently, I am so proud of my dad for the dedication he has put into improving his health and solidifying his strong relationship with my younger sister, Caroline. He has been going to the CrossFit gym five times a week and watching what he eats daily. He started to take my sister with him to the workouts in preparation for her senior year of the volleyball season. They have a relationship like I've never seen before. They constantly laugh and joke around and push each other to be better every chance they can get. He loves nothing more than to watch her play volleyball and, like he was with my brother and me, he is always there for each and every game with the video camera so we can go back and enjoy the moments from her games that will soon be over.

This past year has been very tough on our family. It has been frustrating and humiliating at times. We have had to accept and weather the disappointment and confusion as to how our dad allowed himself (and us) to end up here, when he has taught us for years to always stand up for ourselves and do the right thing at whatever cost. We love our dad and have forgiven him, given his obvious repentance and remorse. But there is no doubt this past year has tested us all, including Dad.

I know there must be consequences for our actions, but I also firmly believe in forgiveness, repentance, and grace. Despite his mistakes, there is no doubt that my father is deeply repentant and is a man who is deserving of that forgiveness and grace.

Respectfully,

Patrick Wiseman