IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CR 17

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSEPH F. WISEMAN, JR. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the Motion to File Defendant Wiseman's Medical Records Under Seal (Doc. 31) ("Motion to Seal"), in which Defendant requests leave to file under seal copies of his medical records in support of a motion for a departure from the applicable sentencing guidelines range.

The Court has considered the Motion to Seal, the public's interest in access to Defendant's medical records, and alternatives to sealing.

Based on the information before the Court at this time, including that the proposed filing includes Defendant's personal medical information, the Motion will be allowed. This ruling, however, is subject to revision upon the filing of the subject documents and consideration of them, if any, by the District Court in connection with Defendant's sentencing. See e.g., United States v. Stier, No. 2:17-CR-00054, 2018 WL 1787888 (S.D.W. Va. Apr. 13, 2018).

Accordingly, the Motion to File Defendant Wiseman's Medical Records Under Seal (Doc. 31) is **GRANTED** and Defendant is given leave to file the subject records under seal. The records shall remain sealed until further Order of the Court, as stated above.

Signed: August 27, 2019

W. Carleton Metcalf
United States Magistrate Judge