UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:19-CR-017 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JOSEPH F. WISEMAN, JR. | ) | |
| | ) | |

## **GOVERNMENT'S MEMORANDUM REGARDING RESTITUTION**

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney, and respectfully submits this memorandum regarding the issue of the amount of restitution to which the victim, the Government of Buncombe County, is entitled to receive as a result of the defendant's conviction in this case.

At the conclusion of the sentencing hearing on August 28, 2019, the Court left open the resolution of the restitution issue, pursuant to 18 U.S.C. § 3664(d)(5), and directed the parties to submit their pleadings within 30 days. The County, through its retained attorneys, has submitted to the Government a Memorandum, including a statement of facts and a legal analysis, setting forth the amount of restitution to which the County is entitled. The County has also submitted to the Government an affidavit to accompany the County's Memorandum.

The Government adopts the County's contentions and now respectfully submits the County's Memorandum as Attachment 1 to the instant pleading, and the affidavit in support as Attachment 2.

Respectfully submitted, this 26th day of September, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY


/s/ Richard Lee Edwards

RICHARD LEE EDWARDS
ASSISTANT U. S. ATTORNEY
N.C. Bar Number 30205
100 Otis Street
Asheville, NC 28801
Telephone: (828) 271-4661
Fax: (828) 271-4670
E-mail: Richard.Edwards2@usdoj.gov