IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:19-CR-17 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH F. WISEMAN, JR. | ) | |
| | ) | |

## AFFIDAVIT OF MARGARET ELLIS

Margaret Ellis, being first duly sworn, deposes and says the following:

1. I am not a party to this action. I am over the age of twenty-one (21), am otherwise competent to testify, and have personal knowledge of all matters and things set forth herein.

2. I am the Interim Human Relations Director for Buncombe County, North Carolina. My responsibilities include maintaining certain personnel records concerning compensation paid County employees, including copies of the W2 forms issued County employees. Based upon the County's records, the amount of compensation that Buncombe County paid Wanda Greene, Jon Creighton, and Amanda Stone from 2014 through 2017 can be determined and stated with certainty.

3. From 2014 through 2017, Buncombe County paid Wanda Greene, County Manager, a total of $1,596,461.68 as employment compensation rendered in exchange for honest and faithful services.

4. From 2014 through 2017, Buncombe County paid Jon Creighton, as Assistant County Manager and Director of the Planning & Zoning Department, a total of $1,117,276.37 as employment compensation rendered in exchange for honest and faithful services.

5. From 2014 through 2017, Buncombe County paid Amanda Stone, as Assistant County Manager from 2014 through June 2017 and as County Manager from around July through December 2017, a total of $1,144,413.04 as employment compensation rendered in exchange for honest and faithful services.

6. More particularly, the following spreadsheet accurately reports how much total employment compensation Greene, Creighton, and Stone each received during each year from 2014 through 2017, based upon the County's records:

Total Compensation to Wiseman's Co-Conspirators

| County Employee | 2014 Compensation | 2015 Compensation | 2016 Compensation | 2017 Compensation | Total Compensation |
|---|---|---|---|---|---|
| Wanda Greene | $300,349.48 | $359,464.57 | $417,203.44 | $519,444.19 | $1,596,461.68 |
| Jon Creighton | $220,731.58 | $221,152.01 | $350,127.23 | $325,265.55 | $1,117,276.37 |
| Amanda Stone | $228,902.20 | $239,934.93 | $349,252.94 | $326,322.97 | $1,144,413.04 |
| Annual Total | $749,983.26 | $820,551.51 | $1,116,583.61 | $1,171,032.71 | $3,858,151.09 |

*Further the Affiant sayeth not.*

*This,* the 20th day of September, 2019.

By: _Margaret Ellis_
Margaret Ellis

State of North Carolina
County of Buncombe

Sworn to and subscribed before me this day by Margaret Ellis. (a) _✓_ I have personal knowledge of the identity of the principal(s); or (b) _____ I have seen satisfactory evidence of the principal's identity, by a current state or federal identification with the principal's photograph in the form of a _____; or (c) _____ a credible witness has sworn to the identity of the principal(s)

Date: 9/20/19
My commission expires:
11/08/2023

_Lesley Sobol_
Lesley Sobol, Notary Public
(Print name)