
<u>**VIA EMAIL**</u>

September 12, 2019

Joe Wiseman
Environmental Infrastructure Consultants, LLC
Roswell, Georgia

You hired Sterner Consulting, an independent, outside consulting firm that employs engineers who specialize in environmental engineering services related to solid waste and landfills,[1] as an expert, to review and comment upon a second group of 22 annual or longer term contracts between Environmental Infrastructure Consulting ("EIC") of Roswell, GA or Petra Engineering LLC of ("Petra") of Huntersville, NC. (EIC) and Buncombe County, Asheville, NC. ("Buncombe County").

We were to assess whether those contract prices were within the fair and reasonable range of what Buncombe County could and should have expected to pay for them.[2] This group of Agreements also span the timeframe from 2013 to 2018. They include the broad categories of emissions testing, carbon credit registration, air quality compliance, landfill capacity analysis, financial assurance, and quality assurance documentation categories of contracts.

To complete this task, we reviewed the various Agreements and associated Exhibit "A" – services descriptions between either; Environmental Infrastructure Consulting of Roswell, GA or Petra Engineering LLC of Huntersville, NC. (EIC) and Buncombe County (Asheville) NC. (County).

Based upon our expertise and experience, the agreements reviewed and the associated documentation, and the Exhibit "A" specified services descriptions, appear to us to be "industry standard" documents containing the normal verbiage and specificity relative to the services to be rendered.

---

[1] The CVs of the reviewers involved in this project are attached, as is a brochure regarding Sterner Consulting's capabilities with regard to Solid Waste and Landfills.

[2] The majority of the contracts reviewed were between EIC and Buncombe County. To the extent that the contracts were between PETRA and Buncombe County, Mr. Wiseman was the environmental engineer on the contract.



We have prepared a simple spread sheet to summarize the Agreements, and have broken the work into the basic categories as noted above. For the purposes of our review, we have assumed that the work produced by Wiseman/EIC was a high quality product, that it complied with the mandates of the contract, and that the full scope outlined in each Exhibit was performed, as we understand those matters are not controverted, or at issue in this case.

**CATEGORY I – EMISSIONS TESTING**

This group of contracts deal with the testing of the flare system and the landfill gas to energy system employed at the landfill. As in many of the projects, EIC was expected to retain subcontractors such as landfill gas technicians, laboratory testing services, etc., to complete the required tasks. Based upon our expertise and experience, the rates and the contract costs are within an appropriate, reasonable range.

With respect to EIC's contract prices associated with these Emissions Testing projects, based upon our experience and expertise, they are within the reasonable range that Buncombe County would expect to pay for such services.

**CATEGORY II – CARBON CREDIT REGISTRATION**

This work was completed annually and included a review of the carbon credit regulations, the retention of outside verification experts, and other related tasks.

With respect to the contract prices associated with these projects, they are within the reasonable range of what Buncombe County would expect to pay for such services, based upon our expertise and experience.

**CATEGORY III – AIR QUALITY COMPLIANCE**

This group of contracts were completed on at least an annual basis with air sampling collection, comparison to regulations, on-call services and variance and compliance reporting reports and conclusions.

With respect to the contract prices associated with these projects, they are within the reasonable range of what Buncombe County would expect to pay for such services, based upon our expertise and experience.

**CATEGORY IV – LANDFILL CAPACITY ANALYSIS**

This group of contracts were completed on at least an annual basis with landfill capacity calculations and conclusions, airspace forecasting, and other capacity analysis work associated with the use of the landfill and other activities to inform the owners of cell construction requirements, landfill life projections, and the projects' completion required coordination with topographical survey subcontractors and others.


With respect to the contract prices associated with these projects, they are within the reasonable range of what Buncombe County would expect to pay for such services, based upon our expertise and experience.

## CATEGORY V – FINANCIAL ASSURANCE

This Annual letter and its associated calculations, closure fund review and forecast cost of closure and post closure care, is completed annually and is used by the regulatory authorities to establish, or to review, the amount of financial assurance or bonding that may be required to be maintained in order to ensure that the landfill can be closed and maintained during the 30-year post closure period.

With respect to the contract prices associated with these projects, they are within the reasonable range of what Buncombe County would expect to pay for such services, based upon our expertise and experience.

## CATEGORY VI – CQA DOCUMENTATION

This critical landfill construction testing for compaction and installation features and compliance with design and regulations is a critical part of landfill documentation and is used by the regulators to certify a site to open, or for that new construction to be accepted as properly built, and compliant. This work requires the use of many subcontractors, testing laboratories and continuous on site sampling and testing protocols.

With respect to the contract prices associated with these projects, they are within the reasonable range of what Buncombe County would expect to pay for such services, based upon our expertise and experience.

## SUMMARY

In our opinion, and based upon our expertise and experience, we believe that all of the Wiseman/EIC/Petra contracts with Buncombe County that we reviewed are reasonable, and in no case did we believe that there were any inflated or excessive terms or charges above what we typically encounter in our review of landfill and engineering projects across the United States.

Richard Sterner

Managing Director
Sterner Consulting



# Strategic Management Consulting

Merger & Acquisition Transaction & Due diligence - Professional Business Valuation & Appraisals -  Specialty Waste Transportation and Waste Management - Business Brokering and Reorganization Services - Asset Preservation and Litigation Support - Waste to Energy Markets and Analytics - Quality of Earnings Analysis & Reporting



**Sterner Consulting**
**Daniel Butturini**
5531 Cannes Circle, Apt 404
Sarasota, FL 34231
203.470.7550 (c)
dmb@sternerconsulting.com



www.sternerconsulting.com
609.854.3520 (o)

**Sterner Consulting**
**Richard Sterner**
714 Caspian Avenue
North Cape May NJ 08204
215.370.2417 (c) 609.854.3596 (f)
rsterner@sternerconsulting.com



# Over 30 Years of Strategic Business Consulting Experience

For more than three decades the principals of Sterner Consulting have helped a wide variety of clients grow their businesses faster and with increased profits through strategic consulting.

## Providing the Highest Level of Support

Sterner Consulting's primary service niche is the Environmental Services and Waste Management industries. Sterner's management consulting practice specializes in these areas of expertise:

Merger & Acquisition Transactions & Due Diligence Consulting
Professional Business Valuations & Appraisals
Specialty Waste Transportation & Waste Management Consulting
Business Brokering & Re-Organization Services
Asset Preservation & Litigation Support Consulting
Waste To Energy (Anaerobic Digestion) Consulting

The management team of Sterner Consulting has helped some of the largest environmental or solid waste companies in the world (as well as many private closely held companies) who have requested assistance on a wide variety of projects. Sterner's clients have benefited widely from sound consulting and years of industry-related experience, and a thorough and keen knowledge of the industry's best practices.

Sterner Consulting's mission is to provide the highest level of support and service for their valued clients. Their aim is to identify and promote each client's personal and professional business goals with sound advice backed by years of industry related experience.

Sterner Consulting takes pride in maintaining a close supportive relationship with each client group, and they strive to exceed each client's expectations with their level of skill, their work ethic, their industry leadership, and their professional excellence in every aspect of their practice.

Sterner Consulting, Inc. is a proud member of the International Business Brokers Association (IBBA). The International Business Brokers Association is the largest international association operating exclusively for the benefit of people and firms engaged in the various aspects of business brokerage and mergers and acquisitions. Today, the IBBA has more than 1,800 cooperative business brokers and intermediaries across the world.

If you are considering a new business acquisition, a business sale, a management buyout or a management buy-in, leverage the experience of Sterner Consulting to improve you level of success. Or, if you need growth capital financing, valuation expertise, or capital for succession planning call Sterner Consulting for sound advice.

If are considering any business ownership transaction where experienced mergers and acquisition professional counsel can help, Sterner Consulting is here to help you. **Call Richard Sterner today at 609.854.3520!**

**Sterner Consulting**
**Daniel Butturini**
5531 Cannes Circle, Apt 404
Sarasota, FL 34231
203.470.7550 (c)
dmb@sternerconsulting.com



www.sternerconsulting.com
609.854.3520 (o)

**Sterner Consulting**
**Richard Sterner**
714 Caspian Avenue
North Cape May NJ 08204
215.370.2417 (c) 609.854.3596 (f)
rsterner@sternerconsulting.com



# Strategic Business Consulting Services

Based in North Cape May, New Jersey, Sterner Consulting is a full-service merger and acquisitions consulting firm that offers management consulting services such as business brokering, business valuations, and Uniform Standards of Professional Appraisal Practice (USPAP) appraisals. Our know-how allows us to provide you with an extensive range of business strategy services, with added specialties in M&A integration, due-diligence, and project/financial documentation services. We can act as an advisor in the sometimes difficult merger and acquisitions process, which goes a long way towards ensuring a successful merger.

We are committed to efficient due diligence for all M&A related tasks, and can provide transactional and financial diligence as well as documentation projects. Sterner Consulting per- forms a wide variety of general management consulting services for a diverse range of general service industry clients, and projects.

## Trusted Advisors in the Environmental and Solid Waste Industry

Our main expertise is in consulting for the environmental and solid waste industries, with de- cades of experience in long distance/specialty transportation projects, waste-by-rail facilities, in rate/service negotiations and rail cycle projects.

Sterner Consulting principals have been active in the environmental and solid waste industry for nearly 30 years. During that time and on behalf of our clients, we have acquired and sold hundreds of solid waste related assets, companies, and projects totaling hundreds of millions of dollars in transaction value. Our diverse abilities allow us to cater to all players in the environmental and solid waste industry, from publicly-held market leading companies to smaller, privately owned firms.

## Brokering Active Businesses in Transition

Today we are seeing an increased demand for M&A activity, and growth via acquisitions are projected to increase throughout the coming years. Sterner Consulting represents the following types of business opportunities, as many of them are perfect for a strategic growth via an acquisition and expansion:

Waste management business opportunities
Waste processing businesses for sale
Waste hauling businesses for sale
Waste processing businesses opportunities
Waste and disposal business opportunities
Waste disposal management
Waste management collection



**Sterner Consulting**
**Daniel Butturini**
5531 Cannes Circle, Apt 404
Sarasota, FL 34231
203.470.7550 (c)
dmb@sternerconsulting.com



www.sternerconsulting.com
609.854.3520 (o)

**Sterner Consulting**
**Richard Sterner**
714 Caspian Avenue
North Cape May NJ 08204
215.370.2417 (c) 609.854.3596 (f)
rsterner@sternerconsulting.com



# Sterner Consulting Services

### Mergers & Acquisitions Consulting

Sterner Consulting has over 25 years' experience with successful business sales, mergers, and acquisitions. Our skills and experience will help you avoid the potential pitfalls of a business transaction. The "best deal" is not defined by finances of the transaction alone, but in a carefully planned business transformation that assures the continued success of the purchased enterprise.

### Business Valuation Advisors

Sterner Consulting is an active business valuation advisor, and over the past two decades, Sterner has successfully performed business valuations for clients within many different industries. Our skills and experience are particularly applicable to business mergers and acquisitions in the environmental industry, including landfill acquisitions, buying and selling businesses that operate waste transfer stations, and mergers and acquisitions of both general freight and waste transportation logistics firms.

### Specialty Waste Transportation & Logistics

Our clients include several of the world's largest shipping and transport companies and most of the operating waste management companies that move waste materials long distances throughout North America today. Sterner Consulting has extensive experience in the transportation of all forms and types of waste and cargo materials including nuclear, hazardous, municipal solid waste, and all forms of residual and C&D waste

### Business Brokering Services

Even the most attractive business offering cannot be sold unless the business for sale is matched with a qualified and interested buyer. Sterner consulting has over 25 years of experience brokering business sales, mergers, and acquisitions. We bring sellers and qualified buyers together, and move the sale of the business through to completion with expert due diligence, valuation, and highly skilled negotiation services.

### Management Consulting and Advisory Services

Sterner Consulting provides expert advice on a wide range of solid waste management and specialty industry topics and areas of concern. These include business diversification, acquisitions, operations, and waste transportation logistics. We offer more than dead-end analyses of your current situation. A detailed analysis is only the first step. Our recommendations are based on a thorough analysis of your business to develop and provide reasoned recommendations for positive action and predicted results.

### Asset Preservation & Re-Organization Support Consulting

Reorganization can be especially challenging when the circumstances are unforeseen, sudden and unfortunate. Whether the re-organization is planned and routine, or the result of one of life's more challenging circumstances, Sterner Consulting provides advice, logistics, and staffing support to ensure your business effectively weathers the transition. We recognize and help balance the sometimes-conflicting priorities of completing the re-organization and while continuing operations and restructuring agreements to preserve the assets and value of a business or project.

### Waste to Energy - Anaerobic Digestion Plant Sales

Sterner Consulting has been appointed by Zero Waste Energy (ZWE) as an industry expert to help customers around the world to implement the ZWE integrated systems and technologies. As an Authorized Manufacturer's Representative, Sterner Consulting can help you Get Powered by Zero Waste Energy (ZWE).

### Waste Business Opportunities Broker

While the pace of economic recovery is still slow, the current economic situation presents many opportunities to grow via acquisition. Sterner Consulting is proud to represent businesses that present excellent opportunities for acquisition and expansion. Here you can learn more about current acquisition opportunities.

---

**Sterner Consulting**
**Daniel Butturini**
5531 Cannes Circle, Apt 404
Sarasota, FL 34231
203.470.7550 (c)
dmb@sternerconsulting.com



www.sternerconsulting.com
609.854.3520 (o)

**Sterner Consulting**
**Richard Sterner**
714 Caspian Avenue
North Cape May NJ 08204
215.370.2417 (c) 609.854.3596 (f)
rsterner@sternerconsulting.com



# Sterner Consulting Staff

**Richard Sterner, Managing Director** *rsterner@sternerconsulting.com*



Richard Sterner has over 25 years of hands-on experience in the environmental industry and another 10 years of experience in civil engineering and utility industries. Mr. Sterner has worked primarily as an independent mergers and acquisitions consultant/advisor since selling his own environmental contracting company in 1989, including several exclusive consulting engagements during that period.

As principal of Sterner Consulting, Mr. Sterner has advised many large and small public and private businesses representing the Buyer or Seller. In a transaction or managing specialty searches for a business or consolidation candidate, funding party or acquirer. He has managed and completed financial documentation and due diligence review projects and maintains a regular practice of business or project valuation or Appraisal services.

After completing military service with Naval Intelligence in the early 1970s, Mr. Sterner has held key management and finance roles within large construction, environmental and engineering service companies, leading to many successful years as a mergers and acquisitions specialist working for his own account or representing small private to large public industry clients.

As a managerial consultant specializing in the hazardous and nuclear waste-by-rail industry, Mr. Sterner was named COO of a leading transportation services firm. He led the company's equipment, operations and financial groups through five years of dynamic growth (500% in the period) and through a series of financial transactions with private equity funds and with a large public SBDC funds company.

In a similar consulting capacity, Mr. Sterner represented a large public environmental industry company as its M&A manager, personally completing over $500mm in solid waste and facility acquisitions in the late 1990s.

Mr. Sterner is a frequent speaker at industry conferences on financial, rail and solid waste matters and frequently acts as an expert on various types of litigation matters. He is a member of IBBA the International Business Brokers Association and represents many niche and specialty businesses in difficult matters of financial documentation, valuation concerns, or estate issues

**Sterner Consulting**
**Daniel Butturini**
5531 Cannes Circle, Apt 404
Sarasota, FL 34231
203.470.7550 (c)
dmb@sternerconsulting.com



www.sternerconsulting.com
609.854.3520 (o)

**Sterner Consulting**
**Richard Sterner**
714 Caspian Avenue
North Cape May NJ 08204
215.370.2417 (c) 609.854.3596 (f)
rsterner@sternerconsulting.com



# Sterner Consulting Staff

**Daniel Butturini, Principal** *dmb@sternerconsulting.com*

Mr. Butturini has a broad range of experience with mergers and acquisitions in the Environmental Sector. He has provided buy and sell side strategic advice for a number of prominent clients in the private equity, banking, solid waste, liquid-waste, and waste brokerage industries.

As the Director of Project/Market Development of Allied Waste Industries Mr. Butturini managed a large-scale waste development project with $3 to $6 billion revenue anticipated over time. He managed and directed a project team of financial, engineering, operations, legal and public relations experts dedicated to project activities.

Prior to this role Mr. Butturini served as the Manager of Business Development for Waste Management, Inc. where he negotiated and closed over 25 acquisitions with first year revenues exceeding $125 million. There he significantly expanded initial market presence, provided strategic integration driving the company to a lowest cost/market lead- ership position in the New York/New Jersey Metro area. Mr. Butturini also served as the Director of Financial Planning and Analysis for Waste Management of New York, Inc. where he was involved in the strategic sale of the largest waste processor in the New York Metro area.

Mr. Butturini has also served as a Manager/Senior Consultant for Deloitte & Touche where he was responsible for developing sophisticated project-financing models, performed economic impact studies and provided comprehensive valuation analysis.

Mr. Butturini was also Director/Manager Financial Analysis for McGraw–Hill, Inc. in New York where he was required to perform comprehensive financial analysis/strategic planning support functions for merger and acquisition, divestiture, capital expenditure and special project analyses for the senior management of the McGraw-Hill Information Systems Company. Mr. Butturini also served as a Senior Financial Analyst with United Technologies Corporation, Inc. where he provided an integrated financial control function in support of Computer Products and Avionics business units.



**Sterner Consulting**
Daniel Butturini
5531 Cannes Circle, Apt 404
Sarasota, FL 34231
203.470.7550 (c)
dmb@sternerconsulting.com



www.sternerconsulting.com
609.854.3520 (o)

**Sterner Consulting**
Richard Sterner
714 Caspian Avenue
North Cape May NJ 08204
215.370.2417 (c) 609.854.3596 (f)
rsterner@sternerconsulting.com


# *Richard Sterner, Managing Director*

AREAS OF EXPERTISE

Mergers & Acquisitions Management

- Managed for 24 years a professional Mergers & Acquisitions practice specializing in small and middle market environmental services, waste management and disposal firms
- Acted as "Buyer's Agent" for large public and private companies' expansion programs including strategic planning, valuations models, proforma development and finance/purchase documentation
- Solid Waste Consultant for Brambles USA during their development of landfill in Waverly VA and waste transfer station development and acquisition project in New York City
- Managed the $100mm sale of a privately owned group of transfer stations and waste collection operations in three states at record high multiples to four different public waste company entities

Enterprise Operations and Management

- VP operations for a five-branch industrial insulation and asbestos abatement company, from its beginning as an energy management engineering company to its sale to LVI, the largest public company in its market
- Chief Operating Officer for rail-based hazardous and nuclear waste transportation company during growth from $24mm to $115mm in five year period: first as outside consultant and then as staff until sale to equity fund
- Supervising engineer for Burnup & Sims Inc., managing up to 10 field crews (over 150 staff and contract engineers) in various southeast US and Caribbean locations, performing telephone outside plant engineering and survey projects
- Supervising Engineer for Henkels & McCoy at headquarters and on site at several Bell of PA offices, managing underground utility design and construction projects throughout PA and NJ

Finance, Appraisal and Business Valuation

- Performed over 250 enterprise valuation or appraisal projects for solid waste facilities, landfills or businesses
- Performed dozens of valuation projects for public finance projects for various investment banking groups and financial institutions for infrastructure bond issuance for waste and water projects
- Controller for out of state construction operations for Altemose Construction – built the largest (60 miles) fresh-water pipeline constructed to date (1979) in western Virginia mountains in very difficult terrain
- Assembled data and built proformas or models for project financing for clients that resulted in over $500mm in short term construction or long term financing
- With EESI as a public waste company client, assembled and submitted over $1b in acquisitions finance models and management overview packages to its investment banking advisors and public accounting firms
- Provided financing memoranda and/or finance proposals to most of the major financial institutions financing solid waste projects

714 Caspian Avenue  609.854.3520 office  215.370.2417 cell
Cape May NJ 08204  609.854.3596 fax  rs@sternerconsulting.com


BIOGRAPHY
Richard Sterner | Principal, Sterner Consulting

Richard Sterner has over 35 **years' experience** in the environmental industry and another 10 years experience in the civil engineering and utility industries. Mr. Sterner has worked primarily as an independent mergers and acquisitions consultant/advisor since selling his own environmental contracting company in 1989, including several exclusive consulting or operational engagements during that period.

After completing military service with Naval Intelligence in the early 1970s, Mr. Sterner has held key management and finance roles within large construction, environmental and engineering service companies, leading to many successful years as a mergers and acquisitions specialist, working for his own account, or representing small private to large public industry clients.

As a specialty waste consultant in the solid, hazardous and nuclear waste-by-rail industry, Mr. Sterner was named COO of a leading transportation services firm. He led the company equipment, operations and financial groups through five years of dynamic growth (500% in the period) and through a series of financial transactions with private equity funds and with a large public SBDC funds company.

In a similar consulting capacity, Mr. Sterner represented a large public environmental industry company as its M&A manager, personally completing over $500mm in solid waste and facility acquisitions in the late 1990s.

As principal of Sterner Consulting, Mr. Sterner has represented many large and small public and private businesses representing the Buyer or Seller in a transaction or managing specialty searches for a business or consolidation candidate, funding party or acquirer. He has managed and completed financial documentation and due diligence review projects and maintains a regular practice of business or project valuation or Appraisal services.

Mr. Sterner is a frequent speaker at industry conferences on financial, rail and solid waste matters and frequently acts as an expert on various types of litigation matters. He is a member of IBBA the International Business Brokers Association and represents many niche and specialty businesses in difficult matters of financial documentation, valuation concerns, or estate issues.


CAREER HISTORY

Richard Sterner | Principal, Sterner Consulting

| | |
|---|---|
| 1992-Present | **Sterner Consulting (Sterner Incorporated)**<br>Principal: Merger & Acquisition Consulting Practice. Areas of expertise include M&A management; enterprise operations; finance, appraisal and business valuation, since 1994 |
| 1999-2006 | **MHF Logistical Solutions, Inc**<br>Chief Operating Officer: Rail-based Hazardous & Radioactive Transportation Services Company (part-time consultant until 2005 – then on contract through several financial transactions) |
| 1990-1992 | **EMAC and EMAS (two related partnerships in the waste industry)**<br>Partner: various landfill and solid waste facility consolidation and roll-up projects through a sale to a major public waste management business |
| 1987-1990 | **Air Management Services, Inc. /Samtek, Inc.**<br>President/Owner: asbestos abatement, remediation and landfill services company (AMS was sold to Samtek in 1989) |
| 1980-1989 | **Diversified Environmental Group, Inc**<br>VP-Operations: six-location national engineering, asbestos abatement, environmental remediation and industrial insulation services company; sold to LVI Services, Inc. |
| 1976-1980 | **Altemose Construction Company, Inc**<br>Controller - Out of State Construction Operations: general and underground utility construction company |
| 1972-1976 | **Henkels & McCoy, Inc., Burnup & Sims, Inc., International Communication Services, Inc.**<br>Independent Contractor/Consultant for various utility engineering projects; specializing in outside plant telephone design and underground construction projects in US and Caribbean |
| 1969-1972 | **US Navy**<br>Communications Technician – Spanish language interpreter (TS-CA security clearance) |

# DANIEL M. BUTTURINI

507 Halliard Lane                                                                                      Cell: (203) 470-7550
Oxon Hill, MD 20745                                                       Email: DMB@SternerConsulting.com

Senior management consultant widely recognized for providing high-quality strategic planning, merger & acquisition, market analysis, expert witness, financial valuation, and financial planning/analysis services to leading financial institutions and companies in the environmental sector. Major contributor to many significant waste management M&A transactions in the last two decades. Developed management consulting foundation at Big 4 Accounting/Consulting firm, and cultivated financial acumen in publishing, technology and aviation industries as well.

**Sterner Consulting,** Oxon Hill, Maryland
**Principal,** 2007 to Present
**DMB Environmental Consulting,** Ridgefield, CT
**Principal,** 2003 to 2006

Provide environmental consulting services to a wide variety of prominent clients in the private equity, banking, solid, liquid, hazardous waste and waste brokerage industries. Closed or advised on 40+ transactions in the Environmental Sector with first-year revenues totaling approximately $1.8 billion.

- Comprehensive market study analysis in support of a large private equity firm's successful $1.9 billion purchase of Wheelabrator Technologies, Inc., a division of Waste Management (WM). Waste supply/demand analysis detailed waste flows, as well as key competitor principal assets and competitive positioning in 17 U.S. markets.
- In-depth market study and due diligence direction in support of a large investment bank's successful $350 million purchase of Deffenbaugh Industries, at the time, one of the largest independent waste companies in the U.S. Facilitated discussions with investment bankers and financial advisors, assisted bankers with financial models and descriptive memorandum, hired and directed more than 20 consultants and engineers, and collaborated with attorneys for due diligence and purchase related activities.
- Strategic, financial and operational consulting support over the course of multiple engagements for a private equity firm's more than 30 building materials company acquisitions in the aggregates, ready-mix concrete, cement, asphalt paving, construction and waste industries. Engagements have included overall market study, divisional operational efficiency, divestiture, and business expansion projects.
- Objective, third-party assessment of a company adopting and implementing new, state-of-the-art recycling technology as retained consultant for two major New England regional banks. Prepared comprehensive report covering operational flows, technology assessment/implementation, and financial/sensitivity analyses in support of senior loan committee decisions.
- Investment support and recommendations for a large European multinational waste company and a large Australian investment bank's feasibility study for their respective entries into U.S. marketplace. Provided market studies, waste supply/demand analyses, and preliminary due diligence activities.
- Expert witness testimony for several high profile cases, including a Federal predatory pricing lawsuit, a NAFTA lawsuit, and a combined electronics trade group lawsuit seeking an injunction from e-waste legislation passed by the City of New York. Provided financial and operational consulting services to clients in bankruptcy proceedings.

**ALLIED WASTE INDUSTRIES,** Tyngsboro, Massachusetts
**Director Project/Market Development,** 2000 - 2003

Managed large-scale New York City 20-year, waste development project with projected revenue of $3 to $6 billion over time. Facility designed to accept NYC waste via barge to be unloaded, compacted, containerized and transferred via rail to distant landfills. Managed and directed 10+-person project team of financial, engineering, operations, legal and public relations experts. Primary interface with investment banks, bond counsel and Allied Waste senior executives.

- Managed the design, development, and construction of $100 million Linden Barge Unloading Facility designed to unload up to 12,000 tons of garbage, containerize the waste, load on railcars and ship to company landfills in in South Carolina and Georgia. Developed permit applications and environmental impact assessments for the State of New Jersey.
- Negotiated long-term agreements with major subcontractors, including barge unloading and rail operations.
- Managed development of comprehensive public relations and governmental affairs campaign. Approved media campaign and the use of opinion polls and focus groups to assess campaign effectiveness.
- Expanded market area presence and drove the strategic integration of 5 tuck-in acquisitions into the New England market area. Identified and valued target companies, including transfer station, hauling, and recycling centers via detailed long-term financial projections. Negotiated all business terms and letters of intent. Directed all legal, financial, engineering, governmental compliance, tax and audit support functions for the acquisitions process.

**WASTE MANAGEMENT, INC.,** Elizabeth, New Jersey
**USA WASTE OF NEW YORK CITY,** Brooklyn, New York
**Manager of Business Development,** 1996 - 2000
    Sourced, negotiated and closed over 25 acquisitions with first-year revenues exceeding $125 million. Significantly expanded initial market presence, and provided strategic integration driving merged company to lowest cost/market leadership position in New York/New Jersey Metro area.

- Targeted acquisition candidates via extensive financial, strategic and competitive analyses.
- Performed financial valuations, negotiated business terms and letters of intent for all transactions.
- Directed all legal, financial, engineering, governmental compliance, tax and audit support functions for the acquisition process.
- Managed Executive Committee and Board of Director deal books for each acquisition. Teamed with operational line management to insure successful integration of new acquisitions into company operating structures.

**WASTE MANAGEMENT OF NEW YORK,** Brooklyn, New York
**RESOURCE NE, INC.,** Brooklyn, New York
**Director of Financial Planning and Analysis,** 1992 - 1996
    Member of senior management team driving the strategic sale of Resource NE, the largest waste processor in New York Metro area. Sale culminated in a $250 million offer by WMX Technologies, Inc., a Fortune 100 company.

- Negotiated with four large public waste management companies. Developed financial and strategic analyses and recommendations for proposed deal structures/offers. Key interface with investment bankers, financial advisors, consultants and attorneys for due diligence and merger related activities.
- Developed sophisticated enterprise model reflecting all aspects of collection, processing and recycling elements of largest private, New York Metro area waste management firm, which was basis for annual budget and five-year strategic plan.

**DELOITTE & TOUCHE,** Stamford, Connecticut
**Manager/Senior Consultant,** 1987 - 1992
    Managed a variety of general management consulting engagements in the gaming and leisure, insurance claims, home building, video production, advertising and marketing, healthcare and transportation industries.

- Developed sophisticated project-financing model for client engaged in development and construction of hazardous waste chemical plant. Evaluated project economics by means of 15 and 20-year profit and loss, balance sheet and cash flow projections. Model served as definitive source for all client decisions with respect to project economics, waste supplier and bank negotiations. Conducted extensive sensitivity analyses for the client and managed all financial, tax and audit support functions.
- Led economic impact study of proposed legislation for the introduction of riverboat casino operations in the state of Pennsylvania. Quantified one-time construction and ongoing spending, including direct and indirect expenditures, employment, infrastructure and tax revenues at the city, county and state levels.

**McGRAW-HILL INCORPORATED**, New York, New York
**Director/Manager Financial Analysis,** March 1986 to September 1987
    Performed comprehensive financial analysis/strategic planning support function for merger and acquisition, divestiture, capital expenditure and special project analyses for senior management of McGraw-Hill Information Systems Company. Developed financial and strategic analyses and recommendations for proposed deal structures/offers. Key interface with McGraw-Hill senior executives.

**UNITED TECHNOLOGIES CORPORATION, INC.**
**NORDEN SYSTEMS,** Norwalk, Connecticut
**Senior/Financial Analyst,** Computer Products Center/Avionics Products Center, 1980 - 1984
    Provided an integrated financial control function in support of Computer Products and Avionics business units. Responsibilities included the preparation, control and analysis of orders, sales, gross margin, functional cost expenditures and functional manpower requirements over a five-year period. Selected for the United Technologies Financial Analyst Program.

**EDUCATION**
**NEW YORK UNIVERSITY,** Graduate School of Business Administration
MBA Finance, 1986
Extensive coursework in Corporate Strategic Planning and Computer Application and Information Systems

**GEORGETOWN UNIVERSITY,** School of Business Administration
BSBA Finance/Economics, 1980

# MARTIN AND MARTIN, INCORPORATED

### Solid Waste Management

### Statement of Qualifications

Prepared by:

Martin and Martin, Incorporated
37 South Main Street ● Suite A
Chambersburg, Pa  17201-2251
www.martinandmartininc.com

2019

# Table of Contents

Background of the Firm ........................................................................................................3

Staff Experience ...............................................................................................................3

Comprehensive Solid Waste Management Plans & Studies ...............................................4

Hazardous Waste Management ...........................................................................................4

Sanitary Landfill Designs ....................................................................................................5

Demolition Waste Disposal Design .....................................................................................6

Construction Quality Assurance/Construction Management ...............................................6

CQA Inspections .................................................................................................................7

Leachate Collection and Treatment Facilities .....................................................................7

Recycling/Transfer Facilities ..............................................................................................8

General Scope of Services .................................................................................................9

    Engineering Services .....................................................................................................9

        Studies and Reports ...............................................................................................9
        Preliminary Design .................................................................................................9
        Final Design ...........................................................................................................9
        Permitting ..............................................................................................................9
        Construction Quality Assurance ...........................................................................10
        Bidding or Negotiating ..........................................................................................10
        Construction .........................................................................................................10
        Technical Services ...............................................................................................11
        Additional Resources ...........................................................................................12

    Publications and Presentations ....................................................................................13

## BACKGROUND OF THE FIRM

Martin and Martin, Incorporated was formed in 1973 to serve those corporations, municipalities, and individuals in need of professional engineering and planning services completed in an efficient and competent manner.  The firm's policy is to have all designs, plans and professional work performed by principals of the organization.  Thus, the firm strives to maintain direct and personal contact with each client, and provide experienced professionals.

United States clients are located throughout the Country, including in Pennsylvania, Ohio, Florida, Connecticut, Texas, Alabama, Louisiana, Maryland, New Jersey, West Virginia, Missouri, Oklahoma, Arkansas, Virginia, Georgia, North Carolina, Kentucky and New York.  Additionally, Martin and Martin, Incorporated has completed projects in Puerto Rico, Antigua, Canada, and Poland as well as a project for the European Union in Brussels, Belgium.  Typical solid waste management projects include Comprehensive Solid Waste Studies, Landfill Designs, Transfer Facility Designs, Incinerator Designs, Leachate Collection and Treatment designs, Leachate and Sewerage Systems, Storm Water Control, Reclamation Projects, Computer Vehicle Routing, Liquid Waste Plans and Studies, Industrial Waste Reclamation, and Consulting Services to both government and private industry.

## STAFF EXPERIENCE

The staff of Martin and Martin, Incorporated has demonstrated on several occasions the ability to perform innovative tasks.  Among the more notable accomplishments in which staff participated are:

1. Participation in the design and development of a new structural member combining supporting features and aesthetic beauty and co-holder of the patent on said member.

2. Design of a digital computer program to route solid waste collection vehicles. (Published - Journal Sanitary Engineering Division - ASCE).

3. Presentation of a Paper titled "The Evaluation of Abandoned Strip Mines as Sanitary Landfills" at the Third Mineral Waste Utilization Symposium, Chicago, Illinois.

4. Presentation of suggested Solid Waste Regulations to the European Union in Brussels, Belgium.

5. Presentation of suggested solid waste practices to the U. S. Consulate General's Office and Officials of the City of Krakow, Poland.

6. Development of a Solid Waste Management Plan for the city of Krakow, Poland.

**EXPERIENCE**

The staff of Martin and Martin, Incorporated has had extensive experience in the planning, design, and operation of solid waste management systems in numerous states including New York, New Jersey, Ohio, Alabama, Missouri, Oklahoma, New Mexico, North Carolina, Arkansas, Pennsylvania, Kentucky and Maryland; as well as internationally.  We are proud to be pioneers in the field of solid waste management, treatment, and disposal, including the management of stormwater run-off and leachate management.  The relatively recent nation-wide concern over the problems caused by society's by-products has created a new environmental expertise.  Martin and Martin, Incorporated personnel are recognized experts in this solid waste field.  Among the many projects undertaken by personnel of Martin and Martin, Incorporated in the solid waste field are the following:

**Comprehensive Solid Waste Management Plans and Studies**

Lanchester Landfill Operating Analysis - for Waste Resources, Incorporated
Elk County Solid Waste Management Plan - Pennsylvania
Franklin County Solid Waste Management Plan - Pennsylvania
Adams County Solid Waste Management Plan - Pennsylvania
Talbot County Solid Waste Management Plan - Maryland
Queen Annes County Solid Waste Management Plan - Maryland
Interim Landfill Site Studies - Dutchess County, New York
Pyrolysis Market and Siting Plan - Dutchess County, New York
Preliminary Engineering - Dutchess County Pyrolysis Facility - Dutchess, New York
Lehigh, Northampton Counties Plan Update - Pennsylvania
Bedford-Fulton-Huntingdon Solid Waste Authority - Consultant - Pennsylvania
City of Krakow-Solid Waste Plan-Krakow, Poland

**Hazardous Waste Management**

Sunny Farms - 400 acre hazardous waste disposal site - York County, Pennsylvania
Elwin Farms - 150 acre hazardous waste disposal site - Fayette County, Pennsylvania
GTE Sylvania - Hazardous Waste Closure Plan - Lycoming County, Pennsylvania
Jersey Shore Steel Company - Hazardous Waste Removal Plan and RCRA Closure -
        Lycoming County, Pennsylvania
Bethlehem Wire Rope, Inc. - Waste Closure Plan - Lycoming County - Pennsylvania
Mohawk Flush Door, Inc. - Hazardous Waste Removal and Closure Plan - Northumberland County, Pennsylvania

**Sanitary Landfill Designs**

| | |
|---|---|
| Greater Lebanon Refuse Authority | Lebanon County, PA |
| Knickerbocker Landfill | Chester County, PA |
| Rolling Hills Landfill | Berks County, PA |
| Y & S (Greenridge) Landfill | Westmoreland County, PA |
| Blue Ridge Landfill | Franklin County, PA |
| Community Refuse (Mountain View), Ltd. | Franklin County, PA |
| Sandy Run Landfill | Bedford County, PA |
| Lanchester Corporation Landfill | Chester & Lancaster Co., PA |
| Arden Landfill | Washington County, PA |
| Lavin Landfill | Morris County, NJ |

| | |
|---|---|
| Hawthorne Landfill | Gloucester County, NJ |
| Bellizio Landfill | Middlesex County, NJ |
| Monroe Township Landfill | Gloucester County, NJ |
| Fulkroad Landfill | Dauphin County, PA |
| City of Baltimore - Potee St. Landfill | Baltimore, MD |
| Airport Landfill | Dutchess County, NY |
| Harlem Valley Landfill | Dutchess County, NY |
| Firestone Tire and Rubber Co. Landfill | Montgomery County, PA |
| D.W. Landfill, Inc. | Northumberland County, PA |
| Sanitary Landfill Company Landfill | Westmoreland County, PA |
| M.C. Arnoni Landfill | Allegheny County, PA |
| Welch Landfill | Washington County, PA |
| Alliance Landfill | Lackawanna County, PA |
| Pine Grove Landfill | Schuylkill County, PA |
| Rolling Hills Sanitary Landfill | Harrison County, OH |
| New Hanover Landfill | Montgomery County, PA |
| ACMAR Landfill | St. Clair County, AL |
| BackRidge Landfill | Lewis County, MO |
| CBF Landfill | Fayette County, PA |
| Carlin Landfill Closure | Centre County, PA |
| County Landfill, Inc. | Clarion County, PA |
| Brunswick Landfill, Inc. | Brunswick County, VA |
| Northern Tier Solid Waste Authority | Bradford County, PA |
| Champion Landfill | Champion Mills, NC |
| Southern Plains Landfill | Lewis County, OK |
| Farmer's Landfill | Livingston County, MO |
| Potomac Landfill | Prince William County, VA |
| RCC (Shade) Landfill | Somerset County, PA |
| Bethlehem Landfill | Northampton County, PA |
| Cumberland County Landfill | Cumberland County, PA |
| Sunflower Landfill | Tallassee, AL |
| Acorn Landfill | Moody, AL |
| McKean Landfill | McKean County, PA |
| Carroll County – Northern Landfill | Westminster, MD |
| West Kentucky Landfill | Mayfield, KY |

Among the post Subtitle D recently permitted facilities on which Martin and Martin, Inc. provided design and consulting services include:

| | |
|---|---|
| Alliance Landfill | Fulkroad Landfill, a Chambers Development Facility |
| Rolling Hills Landfill | |
| Pine Grove Landfill | Brunswick Landfill |
| Bethlehem Steel Company Residual Waste Landfill | Acmar Landfill |
| | Southern Plains Landfill |
| Community Refuse (Mountain View), Ltd. | RCC (Shade) Landfill |
| Cumberland County Landfill | Bethlehem Landfill |
| Blue Ridge Landfill | Sunflower Landfill |
| Bedford-Fulton-Huntingdon – Sandy Run Landfill | West Kentucky Landfill |
| | McKean County Landfill |
| County Landfill, Inc. | Western Berks Landfill |
| Greater Lebanon Refuse Authority Landfill | Chester County Solid Waste Authority – Lanchester Landfill |
| CBF Landfill | |
| Carlin Landfill Closure | |

## Demolition Waste Disposal Sites

Martin and Martin, Incorporated has worked on the design and permitting of demolition waste disposal sites including:

| | |
|---|---|
| Delta Demolition Site #4 | Elk County, PA |
| Waymart Waste | Lackawanna County, PA |
| Delta Demolition Site #7 | Cambria County, PA |
| Canestrale Contacting | Washington County, PA |
| Knickerbocker - Quarry B | Montgomery County, PA |
| Limestone Township Landfill - Closure | Lycoming County, PA |
| Potomac Landfill | Prince William County, VA |
| BRADS Landfill | Schuylkill County, PA |
| ERSI Landfill | Lackawanna County, PA |

## Construction Quality Assurance/Construction Management Services

Martin and Martin, Incorporated also provides complete construction quality assurance and construction management services relative to construction of lined sanitary landfills through its CQA Services, Inc. subsidiary. CQA provides complete soils testing services, including permeability, grain size, and density testing of both fine grained and coarse grained soils and stone products. Additionally, CQA tests synthetic membrane materials for conformance with specifications and tests field coupons for peal, shear, and tensile conformance. Complete surveying services and certification of installation are also available. Among the sites where CQA Services, Inc. provided inspection and certifications are:

## CQA Inspections

| | |
|---|---|
| Southern Plains Landfill | Farmer's Landfill |
| Blue Ridge Landfill - **CM** | CBF Landfill |
| County Landfill | Rolling Hills Landfill |
| Alliance Landfill | Cumberland County Landfill |
| Harrisburg Incinerator - Cell B-2 | Greater Lebanon Refuse Authority |
| Acmar Landfill | Pine Grove Landfill - **CM** |
| RCC Landfill | Chilton County Landfill |
| New Hanover Landfill | Bedford-Fulton-Huntingdon County Landfill |
| Kness Landfill | Dauphin Meadows Landfill |
| Y & S (Greenridge) Maintenance Inc. Landfill | Bethlehem Landfill - **CM** |
| Lanchester Landfill | Grunderville Municipal Waste Landfill |
| Empire Wrecking Construction/Demolition Waste Landfill | Stanley G. Flagg & Co. Landfill |
| Kelly Run Landfill | Christman Landfill |
| Tri-County Landfill | Senaca Landfill |
| Mt. Zion Landfill | Milton Grove Landfill |
| Multilee, Inc. Landfill | Lasky Landfill |
| Northern Tier Landfill | Mifflin County Solid Waste Authority Landfill |
| Letterkenny Army Depot Waste Lagoon Closure | PA Power & Light Brunner Isl. Lagoon Closure |
| Valley Landfill | York County Solid Waste Authority Landfill |
| Bethlehem Steel Residual Waste Landfill | Pottstown Landfill |
| Guilford Township Sanitary Landfill | Shade Landfill, Inc. |
| Pioneer Crossing Landfill | Yell County Landfill |
| Mississippi County Landfill | Elfrida Landfill - **CM** |
| Fairmount Road Landfill | Hoods Mill Sanitary Landfill |
| John Owings Landfill | Nicholson Road Sanitary Landfill |
| Talbot County Landfill | Backridge Landfill |
| City of St. Joseph Sanitary Landfill - **CM** | Fort Dix Sanitary Landfill |
| Blydenburgh Road landfill | Rolling Hills Sanitary Landfill |
| Brunswick Waste Management Facility | Campbell County Sanitary Landfill |
| Ivy Sanitary Landfill | Shredded Prod. Corp. Waste Management Facility |
| Russell County Sanitary Landfill | McDowell County Landfill |
| Sycamore Landfill | Mountain View Reclamation Landfill |
| Western Berks Landfill – **CM** | McKean County Landfill – **CM** |
| Carroll County – Northern Landfill | Westminster, MD |

**CM = Also provided Construction Management**

## Leachate Collection and Treatment

With the advent of Subtitle D, the interception and treatment of leachate must be utilized to render the site usable.  Martin and Martin, Incorporated personnel have provided services in that regard to the following sites:

| | |
|---|---|
| Alliance Landfill | Lackawanna County, PA |
| Harlem Valley Landfill | Dutchess County, New York |
| Sanitary Landfill Company, Inc. | Westmoreland County, PA |
| Y & S (Greenridge) - E. Huntingdon Township Landfill | Westmoreland County, PA |
| Greater Lebanon Refuse Authority Landfill | Lebanon County, PA |
| New Garden Facility #1 Landfill | Chester County, PA |
| New Garden Facility #2 Landfill | Chester County, PA |
| Fulkroad Landfill | Dauphin County, PA |
| Rolling Hills Landfill | Berks County, PA |
| Airport Landfill | Dutchess County, New York |
| D.W. Landfill | Northumberland County, PA |
| Community Refuse (Mountain View), Ltd. | Franklin County, PA |
| Bedford-Fulton-Huntingdon – Sandy Run Landfill | Bedford County, PA |
| Pine Grove Landfill | Schuylkill County, PA |
| County Landfill | Clarion County, PA |
| Acmar Landfill | St. Clair County, AL |
| Brunswick Landfill | Brunswick County, VA |
| Farmer's Landfill | Livingston County, MO |

McKean Landfill                    McKean County, PA
West Kentucky Landfill        Graves County, KY
BRADS Landfill                  Schuylkill County, PA

## Recycling/Transfer Facilities

Over the years, society has tried to make use of waste under the general heading of resource recovery. This includes waste 'shipping', materials recovery, and energy recovery from solid wastes. Among the projects within this category designed by this firm are the following:

| | |
|---|---|
| Y & S Reclamation - Separation and bailing of corrugated paper | Westmoreland County, PA |
| Dutchess County Pyrolysis - Pyrolyzation of refuse to gas | Dutchess County, New York |
| Dutchess County Pyrolysis - Metal Separation | Dutchess County, New York |
| R & A Bender, Inc. Pelletization Plant | Franklin County, PA |
| Clements Transfer Station | Lebanon County, PA |
| Oneida-Herkimer Transfer Station | Herkimer County, New York |
| Bio-Oxidation, Inc. | Franklin County, PA<br>Dauphin, County, PA |
| New Hanover Incinerator | Montgomery, PA |
| Wishard's Tire Hauling & Recycling | Hanover, PA |
| Concord Recycling | York County, PA |
| World Resources and Recycling | Erie County, PA |
| Waste Management – Camp Hill Transfer | Dauphin County, PA |
| Neiderer Sanitation | Adams County, PA |
| Lesher Re-load Rail Transfer | Franklin County, PA |

## Special Waste Processing Facilities

| | |
|---|---|
| New Hanover Incinerator/Autoclave | Montgomery County, PA |
| Bioremediation Incinerator – Medical Waste Bureau | Franklin County, PA |
| Bioremediation Facility – Incinerator Autoclave | Dauphin County, PA |

**SUMMARY**

**General Scope of Services**

**ENGINEERING SERVICES**

Studies and Reports:

Analysis of clients' needs, planning surveys, site evaluations, comparative studies of prospective sites and solutions, economic analysis of alternatives, investigation and analysis of existing structures.

Preliminary Design:

Prepare preliminary design documents consisting of final design criteria, preliminary drawings, and outline specifications.

Prepare estimate of project cost, including construction cost, compensation for professionals and consultants, cost of land, rights-of-way, interest and financing costs and contingencies.

Final Design:

Prepare final design and contract drawings and specifications to show the character and the scope of work to be performed.

Permitting:

Submit design plans, specifications, reports and required application forms as required to obtain local, state and federal permits.

Construction Quality Assurance:

Inspection of construction to insure that the construction of the liner system and related facilities are installed in accordance with the approved plans and state-of-the-art construction controls, and both conformance testing and field destruction testing of synthetic membrane, through our affiliated company, Construction Quality Assurance Services, Inc.

Bidding or Negotiating:

Provide assistance to client in obtaining approvals of authorities having jurisdiction over the project.

Preparation of bid forms, notice to bidders, instructions to bidders, general conditions, supplementary conditions and other related documents.

Obtaining bids and/or negotiating with contractors for the performance of the work.

Assist client in purchasing equipment and materials.

Construction:

Observation of construction progress
Review and approval of shop drawing and submittals
Preparation of change orders
Preparation of As-Built drawings
Resident engineer and inspection
Construction Management

**TECHNICAL SERVICES**

Design and development of specialized structures, equipment, methods and machinery.

Development of "Shop Standards" of detailing and fabrication methods.

Complete layout, erection, and detail fabrication drawings for such facilities as:

Overhead handling systems
Crushing and screening circuits
Pulpwood handling, storage and recovery
Wallpaper processing machinery
Pneumatic handling systems
Conveyorized washing, coating and drying equipment
Bulk handling and storage
Ore handling, storage and recovery
Bins, tanks, hoppers and enclosures
Piping layouts
Ductwork layouts
Special formwork and construction equipment
Solid Waste handling equipment

**ADDITIONAL RESOURCES**

Martin and Martin, Incorporated, like most engineering consultants, maintains a fully equipped office with print reproduction, copying and similar capabilities.

Among the additional resources which are available to Martin and Martin, Incorporated are:

>   An AUTOCAD system, numerous personal computers, and several CAD related engineering support and design systems. A complete staff including structural, mechanical, civil and environmental engineers; architecture expertise; surveyors; economists; and a complete staff of mechanical, structural and general draftsmen.

**PUBLICATION AND PRESENTATIONS**

As recognized experts in the field of solid waste management, Martin and Martin, Incorporated personnel have published articles on solid waste management in technical journals with international distribution. In addition, personnel have presented papers and technical speeches before local, state, and national audiences.

Bodner, R. M., et al., "Optimal Routing of Refuse Collection Vehicles", Journal of the Sanitary Engineering Division - American Society of Civil Engineers, Vol. 98, No. SA 4, August 1970.

Bodner, R. M., Guest Speaker, "Solid Waste Management" - Franklin-Fulton Chapter, Pennsylvania Society of Professional Engineers, Waynesboro, Pennsylvania, October 1970.

Bodner, R. M., et al., "Evaluation of Abandoned Strip Mines as Sanitary Landfills", Proceedings - Third Mineral Waste Utilization Symposium, Chicago, Illinois, March 1972.

Bodner, R. M., presented paper - "Evaluation of Abandoned Strip Mines as Sanitary Landfills", Chicago, Illinois, March 1972.

Bodner, R. M., Panelist, "Solid Waste Management" - Annual Meeting of Pennsylvania Planning Association, Lancaster, Pennsylvania, April 1973.

Bodner, R. M., - "Dutchess County, New York Moves Towards Pyrolysis", Waste Age, Vol. 7, No. 9, September 1976.

Bodner, R. M., Earl, T. A., and Meiser, E. W., Jr., "Leachate Collection Using the Ground-Water Flow System - A Landfill Case History in Central Pennsylvania", presented at the Third Annual Madison Conference of Applied Research & Practice on Municipal & Industrial Waste, Madison, Wisconsin, September 10 – 12, 1980.

Warner, R. C., Bodner, R. M., et.al., "Planning and Implementation of Remedial Landfill Reclamation" presented at American Society of Agricultural Engineers, San Luis Obispo, California, (July, 1986).

Bodner R. M. and Stephens, A., - "Geogrid Liner Support at Empire Sanitary Landfill", Presented at Geosynthetics '91 Conference, Atlanta, Georgia, February 1991.

Stephens, A., and Bodner, R. M. et al.; "Proposed Draft Regulations for Solid Waste Landfills", presented to the Environment Committee - European Parliament, Brussels, Belgium, May 1992.

Bodner, R. M.;  "Market Solutions to Environmental Challenges - Sanitary Landfills";  Presented at Seminar sponsored by United States Consulate General, Krakow, Poland, September, 1994.

Bodner, R. M.; Sochovka, R. et.al.; "Case Study -  Empire Landfill Down Chute Channel Protection using a Cellular Confinement System with Concrete Infill"; Published in Proceedings of the 28th Annual Conference of the International Erosion Control Association, Nashville, Tennessee, February, 1997.

Bodner, R. M.; "Pennsylvania's Host Municipal Inspection Program," presented at The Federation of Solid Waste Association's Solid Waste/Recycling Conference, Lake George, New York, May, 2002.

| NAME: | Richard M. Bodner, P.E. |
| --- | --- |
| POSITION: | Partner, Martin and Martin, Incorporated |
| EDUCATION: | B.S., Civil Engineering,<br>Clarkson College of Technology, 1967 |
| | M.S., Civil Engineering,<br>Clarkson College of Technology, 1969 |

## PROFESSIONAL EXPERIENCE:

Martin and Martin, Incorporated - 1973 to present

As a partner in Martin and Martin, Incorporated, Mr. Bodner directs the firm's engineering activities. Included among projects completed by the firm in the engineering field are sanitary landfill designs, leachate collection and treatment facilities, solid waste transfer stations, incinerators, recycling facilities, environmental assessments, sanitary sewerage systems, subdivisions, feasibility and rate studies, dams, parks, transportation systems analyses, and resource recovery system design. He has prepared designs for over fifty landfills located in New York, New Jersey, Pennsylvania, Ohio, Alabama, Missouri, Oklahoma, Arkansas, Virginia, Kentucky and Maryland, including numerous landfills utilizing leachate collection and treatment systems. Additionally, he has provided Solid Waste Engineering and Planning Consulting internationally, including projects in Antigua, Puerto Rico, Canada, Poland and Belgium. He also was a founding partner and President of Construction Quality Assurance Services, Inc.; the independent inspection arm of Martin and Martin, Inc. CQA Services has provided inspection and construction certification services to over 150 landfill construction projects in numerous states.

Nassaux-Hemsley, Incorporated - 1970 - 1973

Mr. Bodner served as the Chief of the firm's Solid Waste Division. He was directly responsible for the design of over thirty sanitary landfills in Maryland, New Jersey, and Pennsylvania, the development of detailed leachate collection and treatment systems, and the preparation of five County Solid Waste Management Plans. In addition, Mr. Bodner designed sanitary sewer collection and disposal systems and served as Editor for the Refuse Disposal Association of Pennsylvania Newsletter.

<u>Department of Public Works, Baltimore, Maryland - 1969 - 1970</u>

As a Public Works Engineer for the City of Baltimore, Mr. Bodner designed and supervised the Potee Street demolition debris and sanitary landfill program. Furthermore, Mr. Bodner developed a long range solid waste program and performed independent research on the optimal routing of refuse collection vehicles.

<u>Clarkson College of Technology - 1968 - 1969</u>

Mr. Bodner's responsibilities as a Graduate Teaching Assistant included the instructing of soil mechanics and providing assistance in the teaching of structural steel and reinforced concrete courses. In addition, Mr. Bodner designed a digital computer program for routing refuse vehicles as published in the USED-ASCE.

<u>Barton, Brown, Clyde and Loguidice, Syracuse, New York - 1967 - 1968</u>

As a Design Engineer, Mr. Bodner prepared the Oswego County Comprehensive Water Plan, designed a 28,000 lineal foot waste water collection system and a 9,000 foot storm water and highway relocation project. Mr. Bodner also prepared the Delaware County, New York Sewer and Water Plan.

**PUBLICATIONS:**

Bodner, R. M., et al., "Optimal Routing of Refuse Collection Vehicles", Journal of the Sanitary Engineering Division - American Society of Civil Engineers, Vol. 98, No. SA 4, August 1970.

Bodner, R. M., Guest Speaker, "Solid Waste Management" - Franklin-Fulton Chapter, Pennsylvania Society of Professional Engineers, Waynesboro, Pennsylvania, October 1970.

Bodner, R. M., et al., "Evaluation of Abandoned Strip Mines as Sanitary Landfills", Proceedings - Third Mineral Waste Utilization Symposium, Chicago, Illinois, March 1972.

Bodner, R. M., presented paper - "Evaluation of Abandoned Strip Mines as Sanitary Landfills", Chicago, Illinois, March 1972.

Bodner, R. M., Panelist, "Solid Waste Management" - Annual Meeting of Pennsylvania Planning Association, Lancaster, Pennsylvania, April 1973.

Bodner, R. M., - "Dutchess County, New York Moves Towards Pyrolysis", Waste Age, Vol. 7, No. 9, September 1976.

Bodner, R. M., Earl, T. A., and Meiser, E. W., Jr., "Leachate Collection Using the Ground-Water Flow System - A Landfill Case History in Central Pennsylvania", presented at the Third Annual Madison Conference of Applied Research & Practice on Municipal & Industrial Waste, Madison, Wisconsin, September 10 – 12, 1980.

Warner, R. C., Bodner, R. M., et.al., "Planning and Implementation of Remedial Landfill Reclamation" presented at American Society of Agricultural Engineers, San Luis Obispo, California, (July, 1986).

Bodner R. M. and Stephens, A., - "Geogrid Liner Support at Empire Sanitary Landfill", Presented at Geosynthetics '91 Conference, Atlanta, Georgia, February 1991.

Stephens, A., and Bodner, R. M. et al.; "Proposed Draft Regulations for Solid Waste Landfills", presented to the Environment Committee - European Parliament, Brussels, Belgium, May 1992.

Bodner, R. M.; "Market Solutions to Environmental Challenges - Sanitary Landfills"; Presented at Seminar sponsored by United States Consulate General, Krakow, Poland, September, 1994.

Bodner, R. M.; Sochovka, R. et.al.; "Case Study - Empire Landfill Down Chute Channel Protection using a Cellular Confinement System with Concrete Infill"; Published in Proceedings of the 28th Annual Conference of the International Erosion Control Association, Nashville, Tennessee, February, 1997.

Bodner, R. M.; "Pennsylvania's Host Municipal Inspection Program," presented at The Federation of Solid Waste Association's Solid Waste/Recycling Conference, Lake George, New York, May, 2002.


## PROFESSIONAL AFFILIATIONS AND TECHNICAL RECOGNITIONS:

Professional Engineer (Mr. Bodner has been registered in the following states: Pennsylvania, New York, West Virginia, Florida, New Jersey, Alabama, Connecticut, Ohio, Missouri, Oklahoma, Maryland, New Mexico, Georgia, North Carolina, South Carolina, Louisiana, Mississippi, Kentucky and Arkansas).

American Society of Civil Engineers

American Public Works Association

Institute for Solid Waste

Chi Epsilon (National Civil Engineering Honorary Fraternity)

National Society of Professional Engineers

Pennsylvania Society of Professional Engineers

Solid Waste Association of North America

National Solid Waste Management Association

Former Director – Keystone Chapter - SWANA