IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-CR-00017-RJC-WCM

| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSEPH F. WISEMAN JR. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant, (Doc. No. 44), to extend the deadline for responding to the government's memorandum regarding restitution, which the government does not oppose.

The Court finds that the defendant has stated sufficient cause to extend the deadline in this case.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **GRANTED**, and he shall file any response to the government's memorandum regarding restitution on or before October 10, 2019.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, and the United States Probation Office.

Signed: October 1, 2019

Robert J. Conrad, Jr.
United States District Judge