IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | CASE NO. 1:19CR017 |
| ) | (Financial Litigation Unit) |
| ) | |
| JOSEPH F. WISEMAN, JR. ) | |

# **NOTICE OF APPEARANCE**

NOW COMES the undersigned attorney for the United States, admitted to practice in this Court, and acting by and through R. Andrew Murray, United States Attorney, and hereby enters an appearance in this case.

**RESPECTFULLY SUBMITTED** this October 17, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

**s/ Julia K. Wood**
ASSISTANT UNITED STATES ATTORNEY
N.C. Bar No. 51754
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Tel: 704-344-6222
Fax: 704-227-0255
Email: Julia.Wood@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2019, the foregoing Notice of Appearance was duly served upon counsel for the defendant by electronic notification from the Court to:

David A. Brown
dabrownsr79@gmail.com

Holly A. Pierson
hpierson@piersonlawllc.com

                                                **s/ Julia K. Wood**
                                                ASSISTANT UNITED STATES ATTORNEY
                                                N.C. Bar No. 51754
                                                227 West Trade Street, Suite 1650
                                                Charlotte, NC 28202
                                                Tel: 704-344-6222
                                                Fax: 704-227-0255
                                                Email: Julia.Wood@usdoj.gov