IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19CR017 |
| | ) | |
| JOSEPH F. WISEMAN, JR. | ) | |
| | ) | |
| | ) | |

## **MOTION TO WITHDRAW MOTION FOR LEAVE TO FILE REPLY**

COMES NOW the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and hereby moves to withdraw its Motion for Leave to File a Reply (Doc. No. 48). Upon further review of Defendant's response in opposition to the restitution request of Buncombe County (Doc. No. 46), the Government has decided to rest on the original restitution request (Doc. No. 41). The Government is, of course, happy to provide further briefing or participate in a hearing at the Court's request. Undersigned counsel has conferred with counsel for Defendant, who advises that Defendant does not object to this request.

WHEREFORE the United States hereby respectfully requests that this Court grant the Government's Motion to Withdraw its Motion for Leave to File a Reply.

This the 7th day of November, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

**s/ Richard Lee Edwards**
Assistant United States Attorney
N.C. Bar No. 30205
100 Otis Street

Asheville, NC 28801
Tel: (828) 271-4661
Fax: (828) 271-4670
Email: Richard.Edwards2@usdoj.gov

**s/ Benjamin Bain-Creed**
Assistant United States Attorney
Florida Bar No. 0021436
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Tel: (704) 344-6222
Fax: (704) 227-0248
Email: Julia.Wood@usdoj.gov

**s/ Julia K. Wood**
Assistant United States Attorney
N.C. Bar No. 51754
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Tel: 704-344-6222
Fax: 704-227-0248
Email: Julia.Wood@usdoj.gov