IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-CR-00017-RJC-WCM

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| JOSEPH F. WISEMAN JR. | ) |
| | ) |

**THIS MATTER** is before the Court on the parties' Joint Motion for Entry of Restitution Order. (Doc. No. 59).

At the sentencing of this matter, the Court held that final determination of restitution would be left open as authorized by 18 U.S.C. § 3664(d)(5). (Doc. No. 38: Judgment at 4). The parties have now proposed a loss amount for the victim, supported by a preponderance of the evidence, that constitutes a "final determination" for purposes of ordering restitution pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A. (Doc. No. 59-1: Motion at Exhibit A).

**IT IS THEREFORE ORDERED** that, based on the reasons set forth in the parties' motion, 18 U.S.C. § 3664(d)(5), and the Mandatory Victim Restitution Act, the Judgment in this case, (Doc. No. 38), shall be amended to include a final restitution figure of $150,000, noting that amount has been paid in full as part of the civil Settlement Agreement, (Doc. No. 59-1: Motion at Exhibit A). All other terms of the original Judgment, (Doc. No. 38), remain unchanged.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Financial Administration Unit of the Clerk's Office.

Signed: March 4, 2021

Robert J. Conrad, Jr.
United States District Judge